IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JACOB D. TEDRICK,

Plaintiff,

v.

Case No. 17-cv-1031 JPG

FAYETTE COUNTY JAIL, *et al.*,

Defendants.

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: December 27, 2019**          **MARGARET M. ROBERTIE, Clerk of Court**

                                                              **s/Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**